**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROSA GALLEGO-FELICIANO,<br>              Plaintiff, | : |
|  | : |
|  | : |
|       v. | :    Civil No.:  5:25-cv-04246-JMG |
|  | : |
| CITY OF LANCASTER, *et al*,<br>              Defendants. | : |
|  | : |

**ORDER**

**AND NOW**, this   9th    day of June, 2026, upon consideration of Defendants City of

Lancaster and Richard Mendez's Motion for Summary Judgment Pursuant to F.R.C.P. 56 (ECF

No. 23), and Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment (ECF

No. 30), **IT IS HEREBY ORDERED** that the Motion (ECF No. 23) is **DENIED**.


                                        BY THE COURT:


                                        */s/ John M. Gallagher*
                                        JOHN M. GALLAGHER
                                        United States District Court Judge